Case 2:26-cv-00092-SJB     Document 1-1     Filed 01/07/26     Page 1 of 1 PageID #: 15

 Official Website of the Department of Homeland Security



Report

☰ Main Menu

# Search Results: 1

**MANUEL HERNANDEZ**

**Country of Birth :** El Salvador

**Status :** In CBP Custody

*\* CBP continues to expeditiously process and remove individuals who arrive at the U.S. border unlawfully and do not have a legal basis to stay. When an individual is in CBP custody, every effort will be made to promptly transfer, transport, process, release, or repatriate the individual as appropriate according to CBP policies and procedures.*

BACK TO SEARCH >

# Related Information

## Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

Privacy - Terms